MICHAEL J. HEYMAN
United States Attorney

JENNIFER IVERS
ADAM ALEXANDER
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Emails: jennifer.ivers@usdoj.gov
        adam.alexander@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>ZOBAIDUL AMIN,<br><br>        Defendant. | No. 3:22-cr-00055-SLG-KFR |

**MEMORANDUM IN SUPPORT OF PRETRIAL DETENTION**

COMES NOW the United States to proffer for the Court the reasons why the Court should order the defendant's pretrial detention. See *United States v. Winsor*, 785 F.2d 755, 756 (9th Cir. 1986) ("[T]he government may proceed in a detention hearing by proffer or hearsay.").

**FACTS**

**1. Amin's Sextortion Scheme**

For over two years, defendant Zobaidul Amin built and operated one of the most

extensive and sadistic sextortion enterprises ever uncovered by law enforcement. Amin delighted in sexually abusing hundreds of minor victims over social media. He bragged about causing victims to become suicidal and engage in self-harm. He shared hundreds of nude images and videos of minor victims all over the internet and encouraged other perpetrators to do the same. He created dozens of Instagram and Snapchat accounts to re-victimize children over and over again. And he did all of that while attending medical school in Malaysia, believing he was untouchable by U.S. law enforcement.

A 14-year-old victim in Alaska, who reported her abuse to local law enforcement, was the first domino that eventually caused Amin's enterprise to fall. In December 2021, the victim reported she was being sexually exploited by an individual online. The subject, unidentified at the time, used Instagram and Snapchat to communicate with her. He persuaded her to send him nude images. With those in hand, he told her if she did not continue to send him nude images and videos, he would send the naked images to all her friends and followers on social media. As a result, the minor victim sent him numerous images of her genitalia. At one point she stopped communicating with him, and he carried out his threats, sending her child pornography images to her friends and followers.

Dozens of search warrants, subpoenas, and legal process revealed that Amin did the same thing to hundreds of minor victims.

**1.1. First, Amin tricked minor victims into sending him embarrassing photos.**

He began by creating social media accounts posing as a teenager. Sometimes he utilized photos from a real teenage boy's Tik Tok account.





Other times, Amin pretended to be a teenage girl to acquire images:

//

//

U.S. v. Amin
3:22-cr-00055-SLG-KFR



| Date/Time | Sender | Receiver | Text |
|---|---|---|---|
| 2021-12-23 09:07:42 | | ssray79.79 | Hello? |
| 2021-12-23 09:07:53 | ssray79.79 | | Hey |
| 2021-12-23 09:07:58 | | ssray79.79 | Who r u |
| 2021-12-23 09:08:18 | ssray79.79 | | I am Sarah wbu |
| 2021-12-23 09:08:50 | ssray79.79 | | Are you crying? |
| 2021-12-23 09:08:57 | | ssray79.79 | No |
| 2021-12-23 09:09:06 | ssray79.79 | | Oh you like like you were sorry |
| 2021-12-23 09:09:15 | ssray79.79 | | Looked * |
| 2021-12-23 09:09:21 | | ssray79.79 | Huh |
| 2021-12-23 09:09:30 | ssray79.79 | | In thw snap |
| 2021-12-23 09:09:32 | ssray79.79 | | Ah nvm |
| 2021-12-23 09:09:36 | ssray79.79 | | How old are you? |
| 2021-12-23 09:09:41 | | ssray79.79 | 14 |
| 2021-12-23 09:09:46 | ssray79.79 | | I am 15 |

He pretended to befriend the minor victims and eventually persuaded them to send him nude or partially nude photos.

### 1.2. Then, Amin extorted minor victims to send him more child pornography, in what he called his "deal."

That was when he executed the violent sextortion scheme. Once he had an embarrassing image, he threatened to "expose" minor victims to their friends and followers if they did not continue to produce images and videos for him. He called this his "deal," as

U.S. v. Amin
3:22-cr-00055-SLG-KFR
Page 4 of 19
Case 3:22-cr-00055-SLG-KFR    Document 33    Filed 03/05/26    Page 4 of 19

in the following messages with several different victims:

| Date/Time | From | To | Message |
|---|---|---|---|
| 2021-12-02 09:14:53 | austin.iscrazy | ▮ | Remember ▮ I don't need to expose ya.. Its so unnecessary |
| 2021-12-02 09:15:00 | austin.iscrazy | ▮ | Just agree to do my deal and nothing happens |

| Date/Time | From | To | Message |
|---|---|---|---|
| 2021-12-25 10:40:17 | ▮ | ssray79.79 | And just so you know all the people that you sent it to are my friends |
| 2021-12-25 10:40:17 | ssray79.79 | ▮ | Can't wait to ruin ur chances to get in to college |
| 2021-12-25 10:40:23 | ssray79.79 | ▮ | I want u to grow up quick |
| 2021-12-25 10:40:37 | ▮ | ssray79.79 | Bro I don't even want to go to college |
| 2021-12-25 10:40:46 | ▮ | ssray79.79 | 😂 |
| 2021-12-25 10:40:50 | ssray79.79 | ▮ | There u go then u have nothing to worry about |
| 2021-12-25 10:41:18 | ssray79.79 | ▮ | Anyways I will only stop expsing u and deleted all ur nuxes is if u do my 5 days deal |
| 2021-12-25 10:41:23 | ssray79.79 | ▮ | This time with calls too |
| 2021-12-25 10:41:28 | ssray79.79 | ▮ | Take it or leave it upto u |

| Date/Time | From | To | Message |
|---|---|---|---|
| 2021-11-26 16:40:57 | ssray79.79 | ▮ | If u be good and do nudes for me how I ask for 7 days.. I will delete all ur nudes and never expose u |
| 2021-11-26 16:42:39 | ssray79.79 | ▮ | I want 12 videos and like 6 pics each day for 7 days |
| 2021-11-26 16:42:47 | ssray79.79 | ▮ | And then u cna be free and not worry about this |

He forced minor victims, on threat of exposure, to vaginally and anally penetrate themselves with various objects. Amin demanded specific numbers of images and videos

U.S. v. Amin
3:22-cr-00055-SLG-KFR

per day from the victims, often on a strict schedule:



The above reference to "call days" relates to live Snapchat videos that Amin demanded from victims, where he would give them explicit and abusive instructions, such as the following:

//

//

//

//

//

U.S. v. Amin
3:22-cr-00055-SLG-KFR

| | | | |
|---|---|---|---|
| 2021-09-16 06:43:07 | austin.iscrazy | | Maybe lift ur leg up |
| 2021-09-16 06:43:10 | austin.iscrazy | | On the counter |
| 2021-09-16 06:43:13 | austin.iscrazy | | And fuck ur pussy |
| 2021-09-16 06:43:15 | austin.iscrazy | | With the brush |
| 2021-09-16 06:43:17 | | austin.iscrazy | Ok |
| 2021-09-16 06:43:54 | austin.iscrazy | | Go faster |
| 2021-09-16 06:43:56 | austin.iscrazy | | And hardee |
| 2021-09-16 06:44:57 | austin.iscrazy | | Hold the brush.. Like move ur hand behind ur ass |
| 2021-09-16 06:45:01 | austin.iscrazy | | And then hold the brush |
| 2021-09-16 06:45:08 | austin.iscrazy | | Better |
| 2021-09-16 06:45:55 | austin.iscrazy | | Stuck ur tongue out and plays with ur tits |
| 2021-09-16 06:45:57 | austin.iscrazy | | As u fuck it |
| 2021-09-16 06:46:28 | austin.iscrazy | | Now take out the brush and show me a close up of ur pussy |
| 2021-09-16 06:46:31 | austin.iscrazy | | Keep ur leg lifter |
| 2021-09-16 06:46:51 | austin.iscrazy | | Take out the prush |
| 2021-09-16 06:47:07 | austin.iscrazy | | Now show me a close up of ur pussy |
| 2021-09-16 06:47:59 | austin.iscrazy | | Now ssuxk those fingers |
| 2021-09-16 06:48:02 | austin.iscrazy | | We are almost done |
| 2021-09-16 06:48:37 | austin.iscrazy | | Smile as u suck it |
| 2021-09-16 06:48:53 | austin.iscrazy | | ND SHOW ME UR BIDY AND ASS TOO |
| 2021-09-16 06:48:56 | austin.iscrazy | | Keep sucking |
| 2021-09-16 06:49:46 | austin.iscrazy | | Nowhold the brush on ur counter and start sucking it |

Amin specifically demanded photos and videos with victims' faces to ensure that his threats of exposure carried real weight:

| | | | |
|---|---|---|---|
| 2021-10-06 05:01:57 | austin.iscrazy | | I wana just see u getting fucked and cum |
| 2021-10-06 05:02:00 | austin.iscrazy | | Now u either do that |
| 2021-10-06 05:02:05 | austin.iscrazy | | Or fuckin send me nudes rnn. |
| 2021-10-06 05:02:18 | austin.iscrazy | | dont fuckin waste time for no reason |
| 2021-10-06 05:02:27 | austin.iscrazy | | U already know u don't like nudes with out ur face |

### 1.3. Amin convinced his minor victims that the only way out of his "deal" was to find him other victims, or to commit suicide.

Amin used the same threat of exposure to prevent victims from reporting him to

U.S. v. Amin
3:22-cr-00055-SLG-KFR

police. For example, when a minor victim's friend reported Amin's conduct to police, Amin turned his rage on her, using that as an excuse to expose her:

| Date/Time | Sender | Recipient | Message |
|---|---|---|---|
| 2021-12-18 05:30:13 | bootycall.021 | ▓ | since ur fri3nd went to the cops and shit |
| 2021-12-18 05:30:19 | bootycall.021 | ▓ | Since she wants to act all big |
| 2021-12-18 05:30:23 | bootycall.021 | ▓ | I am gona expose u now |
| 2021-12-18 05:30:30 | bootycall.021 | ▓ | This is on her |
| 2021-12-18 05:30:31 | bootycall.021 | ▓ | Not me |
| 2021-12-18 05:30:37 | bootycall.021 | ▓ | I never wanted to expose u |
| 2021-12-18 05:30:42 | ▓ | bootycall.021 | Pls no Austin I'm begging you |
| 2021-12-18 05:30:42 | ▓ | | Pls no Austin I'm begging you |
| 2021-12-18 05:30:49 | bootycall.021 | ▓ | Why did she go to the cops |
| 2021-12-18 05:31:00 | ▓ | bootycall.021 | Bc you were hurting me I didn't tell them anything |
| 2021-12-18 05:31:00 | ▓ | | Bc you were hurting me I didn't tell them anything |
| 2021-12-18 05:31:14 | bootycall.021 | ▓ | the fact that she knew I had ur nudes and I cud expose u |
| 2021-12-18 05:31:18 | bootycall.021 | ▓ | And still she went to the cops |
| 2021-12-18 05:31:23 | bootycall.021 | ▓ | Yea ▓ I am done |
| 2021-12-18 05:31:30 | bootycall.021 | ▓ | U either tell her to send me nudes or ▓ |
| 2021-12-18 05:31:33 | bootycall.021 | ▓ | I am done with u |
| 2021-12-18 05:31:41 | bootycall.021 | ▓ | If they don't send I am expsong u |

Amin's demands were aggressive and threatening. He sent walls of text to victims when they didn't send him nudes on the exact schedule he set out, as in the following example:

//

//

U.S. v. Amin
3:22-cr-00055-SLG-KFR

| 2021-10-05 02:32:40 | austin.iscrazy | | When are u gona start? |
|---|---|---|---|
| 2021-10-05 03:44:47 | austin.iscrazy | | WHERE THE FUCK ARE U |
| 2021-10-05 03:44:52 | austin.iscrazy | | FUCKIN REPLY BACK |
| 2021-10-05 03:44:57 | austin.iscrazy | | I need to know when the fuck u will send |
| 2021-10-05 03:46:43 | | austin.iscrazy | i'm otp rn |
| 2021-10-05 03:46:51 | austin.iscrazy | | When can we start |
| 2021-10-05 03:46:53 | austin.iscrazy | | What time |
| 2021-10-05 04:16:22 | austin.iscrazy | | I ASKED U SOMETHING |
| 2021-10-05 04:16:31 | austin.iscrazy | | FUCKIN REPLY BE BACK |
| 2021-10-05 04:16:35 | austin.iscrazy | | U are really pissing me off |
| 2021-10-05 04:16:50 | austin.iscrazy | | If u don't do the nudes tonigjt I am making it 5 days |
| 2021-10-05 04:16:56 | austin.iscrazy | | U have 4 days left as of rn |

Amin sought out victims in middle and high school, some as young as 11:

| 2022-01-14 01:46:24 | bootycall.021 | | I got her to send me some nudes lol |
|---|---|---|---|
| 2022-01-14 01:46:37 | | bootycall.021 | why bro |
| 2022-01-14 01:46:41 | | bootycall.021 | she's in 8th grade made |
| 2022-01-14 01:46:43 | | bootycall.021 | man |
| 2022-01-14 01:46:51 | bootycall.021 | | What grade are u in? |
| 2022-01-14 01:46:56 | bootycall.021 | | She told me she is 15 |
| 2022-01-14 01:47:09 | | bootycall.021 | bro |
| 2022-01-14 01:47:12 | | bootycall.021 | i'm not even 15 |
| 2022-01-14 01:47:16 | bootycall.021 | | Lol |
| 2022-01-14 01:47:19 | | bootycall.021 | and i'm a freshamn |
| 2022-01-14 01:47:30 | | bootycall.021 | and she's a grade younger than me |
| 2022-01-14 01:47:39 | bootycall.021 | | So she is not 15? |
| 2022-01-14 01:48:20 | | bootycall.021 | no 😭 |

| 2021-10-09 06:36:25 | austin.iscrazy | | Okay now I wana see u suck ur fingers and moan and tell me what a daddies 14 year old hoe u are |
|---|---|---|---|
| 2021-10-09 06:36:30 | austin.iscrazy | | Don't take it personally |
| 2021-10-09 06:36:39 | austin.iscrazy | | I just like hearing the girl say dirty stuff |

| 2021-12-30 10:05:11 | | bootycall.021 | hey could you make sure you let me go at least before i go into highschool? |
|---|---|---|---|
| 2021-12-30 10:05:11 | | | hey could you make sure you let me go at least before i go into highschool? |
| 2021-12-30 10:05:22 | | bootycall.021 | would vv much appreciate jt |

U.S. v. Amin
3:22-cr-00055-SLG-KFR

Because he was in Malaysia and his victims were primarily in the U.S., Amin viewed himself as untouchable by law enforcement. In one conversation, he told a minor victim that the "cops won't do anything," and the "cops won't track me down because I live no where near u."

He told another minor victim that only she was to blame for her exploitation:

| | | |
|---|---|---|
| 2021-09-16 02:48:55 | | i don't think i can do this i think i need to call the police to get u not to send these bc im a minor and what u will do is illegal |
| 2021-09-16 02:49:17 | ssray79.79 | Listen |
| 2021-09-16 02:49:23 | ssray79.79 | Even if u clal the cops they won't do anything |
| 2021-09-16 02:49:28 | ssray79.79 | Because I am not a girl |
| 2021-09-16 02:49:30 | ssray79.79 | I catfished u |
| 2021-09-16 02:49:38 | ssray79.79 | U have no information about me |
| 2021-09-16 02:49:47 | ssray79.79 | What I look like or where I am from |
| 2021-09-16 02:49:53 | ssray79.79 | The cops will only blame u for sending them |
| 2021-09-16 02:50:11 | ssray79.79 | They won't do anything else... U are really gona get ur self exposed if u dint do the deal |
| 2021-09-16 02:50:14 | ssray79.79 | Think about it |
| 2021-09-16 02:50:22 | ssray79.79 | Come on call let's talk |
| 2021-09-16 02:50:25 | ssray79.79 | I will explain u |
| 2021-09-16 02:50:28 | ssray79.79 | Its will be easier |
| 2021-09-16 02:51:18 | | i don't want to call u i think i need to call the cops bc ur black mailing a minor and i don't even remember sending u those pics |

After convincing the minor victims that he had complete power over them, Amin offered them just one way out: to find him two other girls to exploit. That way, he could continue to grow his enterprise:

//

//

//

//

U.S. v. Amin
3:22-cr-00055-SLG-KFR

Page 10 of 19
Case 3:22-cr-00055-SLG-KFR     Document 33     Filed 03/05/26     Page 10 of 19

| Date | Sender | Recipient | Message |
|---|---|---|---|
| 2021-10-22 21:26:35 | austin.iscrazy | ▮ | Lol then don't cry and be good and obey me |
| 2021-10-22 21:26:53 | austin.iscrazy | ▮ | Or |
| 2021-10-22 21:27:04 | austin.iscrazy | ▮ | If u get me nudes of 2 other girls that I can black mail |
| 2021-10-22 21:27:07 | austin.iscrazy | ▮ | Then I will let u go |
| 2021-10-22 21:27:22 | austin.iscrazy | ▮ | The nudes has to have their face too |
| 2021-10-22 21:27:32 | austin.iscrazy | ▮ | And their snap or insta username too |
| 2021-10-22 21:27:44 | austin.iscrazy | ▮ | If u get me 2 girls that u know I will let u go then |
| 2021-10-22 21:27:51 | austin.iscrazy | ▮ | I wana black mail new girls so yea |
| 2021-10-22 21:27:57 | austin.iscrazy | ▮ | U get what u want and I get what I want |
| 2021-10-22 21:28:16 | ▮ | austin.iscrazy | Do I really have to know them or can I just get you two girls? |
| 2021-10-22 21:28:16 | ▮ | ▮ | Do I really have to know them or can I just get you two girls? |
| 2021-10-22 21:28:32 | austin.iscrazy | ▮ | Idc as long as u get me 2 girls |
| 2021-10-22 21:28:39 | austin.iscrazy | ▮ | 13 to 17 |
| 2021-10-22 21:28:46 | austin.iscrazy | ▮ | And don't get girls that sell nudes |
| 2021-10-22 21:28:56 | austin.iscrazy | ▮ | I want actual real girls that go to school and shit like u do |
| 2021-10-22 21:29:41 | ▮ | austin.iscrazy | K |
| 2021-10-22 21:29:41 | ▮ | ▮ | K |
| 2021-10-22 21:29:53 | austin.iscrazy | ▮ | Ight u till then be good abd obey |

Under the immense pressure by Amin, with no apparent way out other than to perpetuate their abuse, many minor victims engaged in self-harm and contemplated suicide, encouraged by Amin:

▮ - 2021/09/15 3:45:21pm PDT
Then fucking expose me bc i dont know what to tell you. I have been through so much shit and I dont understand what you get out of exposing me. If you expose me i am fucking killing my self and I am dead serious about it to. I will send you a video of me killing myself [...]

sadboyforlife219 - (IG ID 48828831966) - 2021/09/15 3:46:50pm PDT
One of the girls that I did this to she even send me a vid of her slitting her throat

sadboyforlife219 - (IG ID 48828831966) - 2021/09/15 3:55:27pm PDT
I will expose u.. And everyone gona talk about it for a few days and u will feel like shit since there's nothing u can do about it.. Then a few days will go by and u will soon stsrt to forget about it.. And u will go on living ur life.. Then a few months later since I still have ur nudes and they aren't deletedd.. I will text u again for nudes and u will either block me or say "no idc u already exposed me once" and then I will expose u again.. And its gona keep goin on and on and on.. Ur boyfriends or who ever u date.. They will be affected more then u

### 1.4. Amin saved his child pornography collections on Dropbox and shared links with others who perpetrated his scheme.

Amin conspired with many others to exploit the minor victims. He worked with co-conspirators to create Dropbox links for each minor victim. They would often send these links to the minor victims to coerce and threaten them to send more images and videos:

U.S. v. Amin
3:22-cr-00055-SLG-KFR

Page 11 of 19
Case 3:22-cr-00055-SLG-KFR     Document 33     Filed 03/05/26     Page 11 of 19

| 2021-09-21 09:19:02 | austin.iscrazy | I will expose u a few months later again |
| 2021-09-21 09:19:08 | austin.iscrazy | For now I am done |
| 2021-09-21 09:19:13 | austin.iscrazy | I exposed u for a whole day |
| 2021-09-21 09:24:26 | austin.iscrazy | How many people have added u 😁 |
| 2021-09-21 09:45:54 | austin.iscrazy | Remember this.. If u don't do the deal.. I will never let u be at peace.. I will come over and over again to expose u.. Just keep this in mind |
| 2021-09-21 09:46:09 | austin.iscrazy | U will never be at peace.. But once u do the deal I will never bother u ever again |
| 2021-09-21 10:28:34 | austin.iscrazy | https://www.dropbox |
| 2021-09-21 10:28:59 | austin.iscrazy | U will grow up and these nudes will go around making circles for years to come |
| 2021-09-21 10:29:10 | austin.iscrazy | If u want me to delete this drop box folder.. Do the deal |

One minor victim reported her Dropbox link contained over 300 hundred child pornography images and videos of her.

Amin and his co-conspirators distributed these Dropbox links to dozens of other people via Snapchat and Instagram. Amin further directed other adults to contact victims and engage in the same coercive and threatening conduct to produce more images:



The evidence shows that Amin provided the promised CSAM to the other

U.S. v. Amin
3:22-cr-00055-SLG-KFR

Page 12 of 19
Case 3:22-cr-00055-SLG-KFR    Document 33    Filed 03/05/26    Page 12 of 19

individuals who engaged in this harassment. Amin then followed up with victims to brag about amplifying their exploitation:

| | | | |
|---|---|---|---|
| 2021-10-13 08:33:54 | ssray79.79 | | They are other guys that want ur nudes from me |
| 2021-10-13 08:34:05 | ssray79.79 | | So I told them to text u and call u a, slut |
| 2021-10-13 08:34:16 | ssray79.79 | | U think I have that many insta accounts 😂 |
| 2021-10-13 08:35:38 | ssray79.79 | | Anyways, thanks, for the pics.. I will keep exposing u.. Let's see how long u can take, it |
| 2021-10-13 08:36:02 | ssray79.79 | | U might not care now.. But once u grow up it will affect u when I expose u again |
| 2021-10-13 08:36:59 | ssray79.79 | | I feel bad for the guys that will date u..like can u imagine havinga girl whom u really like only to find out the entire world is gona have her nudes 😂 |
| 2021-10-13 08:37:20 | ssray79.79 | | Unless the guy dates u only to fuck u.. He wud definitely care |

**1.5. Amin used dozens of fake accounts to evade detection by law enforcement.**

Amin also engaged in computer fraud to carry out his scheme. Amin created numerous secondary Snapchat and Instagram accounts with female names or usernames similar to those of legitimate victim accounts. He then recontacted victims, using the fraudulent accounts to get the victims to add him as a friend so that he could continue the exploitation. Snapchat and Instagram repeatedly closed Amin's counts for violations of terms of service. He overcame those account closures by simply creating new accounts – over 80 – to continue his exploitive activity.

By using false identifiers and creating dozens of separate accounts, Amin successfully hid his identity from law enforcement for about a year. FBI eventually connected the social media accounts to Amin's email address. Within his Gmail account, the FBI found extensive correspondence between Amin and the Medical University of Malaysia where he studied medicine while sexually exploiting children online.

U.S. v. Amin
3:22-cr-00055-SLG-KFR

Page 13 of 19
Case 3:22-cr-00055-SLG-KFR    Document 33    Filed 03/05/26    Page 13 of 19

## 2. Procedural History

Amin was indicted by the grand jury in July 2022. *See* Doc. 7. The United States pursued extradition, which was ultimately unsuccessful. *See* Docs. 17, 19, 20, 22, 24, 26, 28. Instead, Malaysian law enforcement, with assistance from FBI, charged Amin with 13 counts of possession and production of child pornography. *See id.* Those represented a very small subset of the overall scheme laid out in this indictment. The Malaysian trial proceeded in short increments from 2022 to the present, during which time Amin was released on bail pursuant to Malaysian law. *See id.*

Meanwhile, the United States continued to pursue expulsion for Amin, a Bangladeshi national. After a years-long process involving many stakeholders in the U.S., Malaysian, and Bangladeshi governments, Amin was expelled from Malaysia to the United States on March 3, 2026.

## ARGUMENT

### 1. The United States is entitled to a detention hearing.

Amin is charged with violent crimes, and the United States is therefore entitled to a detention hearing pursuant to 18 U.S.C. §§ 3142(f)(1)(A), 3156(a)(4).

### 2. There is a presumption of detention based on the nature of the charges

Because the defendant is charged with Production of Child Pornography in violation of 18 U.S.C. § 2251(a), Receipt and Distribution of Child Pornography in violation of 18 U.S.C. § 2252A(a)(2), and Conspiracy to commit both of those offenses, the Court begins its analysis by presuming that no condition or combination of conditions will reasonably ensure the defendant's appearance at trial or the safety of the community. 18 U.S.C.

U.S. v. Amin
3:22-cr-00055-SLG-KFR

Page 14 of 19
Case 3:22-cr-00055-SLG-KFR   Document 33   Filed 03/05/26   Page 14 of 19

§ 3142(e)(3)(E). Even if the defendant does rebut this presumption, it "remains in the case as an evidentiary finding militating against release, to be weighed along with other evidence relevant to factors listed in [18 U.S.C.] § 3142(g)." *United States v. Hir*, 517 F.3d 1081, 1086 (9th Cir. 2008) (quoting *United States v. Dominguez*, 783 F.2d 702, 707 (7th Cir. 1986)).

### 3. The statutory factors weigh in favor of detention

In assessing whether pretrial release or detention is appropriate, Congress has specified factors that should guide the Court's inquiry. Weighing these factors in this case supports the conclusion that pretrial detention is appropriate.

#### 3.1. The nature and circumstances of the offense charged

Amin is an expert at manipulating children, pressuring them to do exactly what he wants, punishing them whenever he perceived them as disobedient, and convincing them that no one cared and no one would help them. And no obstacle could stand in his way. When his social media accounts were shut down, he opened more. When Instagram tried to prevent him from doing so, he used minor victims to create new ones:

| Timestamp | Sender | Recipient | Message |
|---|---|---|---|
| 2021-09-21 00:27:02 | austin.iscrazy | ■■■ | Give me ur phone number |
| 2021-09-21 00:27:21 | austin.iscrazy | ■■■ | My insta acc got locked |
| 2021-09-21 00:27:29 | austin.iscrazy | ■■■ | I need a number to try and get it back |
| 2021-09-21 00:28:26 | ■■■ | austin.iscrazy | No |

The nature and circumstances of these offenses paint a dramatic picture of a man who

delighted in hurting other people, and in knowing how wrong his conduct really was:



### 3.2. The weight of the evidence against the person

The above screenshots represent only about a dozen of the 31 victims alleged in the indictment, and a tiny fraction of the total victims, numbering in the hundreds. Law enforcement obtained dozens of subpoenas, search warrants, and other legal process that demonstrate the full scope of Amin's conduct. They linked his social media accounts to his personal email address. And his unique characteristics, such as his texting style – referring to his "deal" and "exposure" – his specific sexual preferences, and his common monikers like "Marc" and "Austin" are consistent across the many accounts.

The weight of the evidence is strong, to put it mildly.

### 3.3. The history and characteristics of the person

The United States is not aware of any criminal history, apart from the Malaysian prosecution based on the same general set of facts. Nor is there anything in Amin's personal history that could excuse his conduct or explain what led him to engage in such sadistic

U.S. v. Amin
3:22-cr-00055-SLG-KFR

conduct. The evidence suggests that Amin's family is supportive, paid for his education and housing while he was sexually exploiting children, and posted substantial bail on his behalf (see below).

### 3.4. Whether, at the time of the current offense or arrest, the person was on probation, on parole, or on other release

Amin was not on probation or pretrial release while he committed these offenses. He spent several years on pretrial release while the Malaysian prosecution was ongoing, over the strenuous objection of the local prosecutors. His conditions of pretrial release were to post RM96,000 (about $24,000 USD), report to his nearest police station once a month, surrender his passport, not contact victims, and not engage in further distribution and possession of child pornography. The United States is not aware of any violations of his conditions, although it is not clear whether the last two conditions were strictly enforced.

Assuming, for the sake of argument, that Amin fully complied with his release conditions while in Malaysia, he poses a much greater risk of flight facing prosecution in the U.S. than he did in Malaysia. He was established in Malaysia, with a home, school, and family a short flight away. His only ties to the United States are through his hundreds of minor victims. Amin now poses a much greater risk of flight.

### 3.5. The nature and seriousness of the danger to any person or the community

This factor weighs most strongly in the government's favor.

Even if Amin sexually abused a single victim in this way – requiring her to send him 12 videos and 6 pictures every day, requiring weekly calls for him to watch as she engaged in painful sexual acts, threatening to expose her for even the slightest

noncompliance, and convincing her that no one could help her and that he was above the law – the danger Amin poses to that individual would justify detention. Multiplying that across the dozens of minor victims described in this indictment, or the hundreds of total minor victims, the scope of that harm becomes incalculable. And the risk becomes unacceptable.

### 4. Risk of flight

At the time of this filing, the United States is unaware of a proposed release plan.

No release plan, however, can reasonably assure Amin's appearance as required. He has no known ties to the United States or to Alaska, apart from his exploitation of American children. He and his family were able to pay a $24,000 bail imposed in Malaysia, indicating he has the financial resources to flee prosecution. And if he made it to his home country of Bangladesh, where there is no current extradition treaty with the United States, he would evade punishment altogether. As such, Amin can provide this Court with no reasonable assurances that he will appear in court and comply with court orders.

## CONCLUSION

For the first time, Amin must face the reality that he could spend the rest of his life in a U.S. prison as punishment for his horrific crimes. He has nothing left to lose. And he is skilled at manipulating both technology and people. This pattern casts great doubt on the notion that he would comply in good faith with release conditions. *See Hir*, 517 F.3d at 1092 (holding that, no matter how restrictive, all sets of release conditions "contain one critical flaw. In order to be effective, they depend on [the defendant's] good faith compliance."). Accordingly, the government asks the Court to enter an order for pretrial

U.S. v. Amin
3:22-cr-00055-SLG-KFR

detention.

Should the Court order Amin's release, the United States intends to seek a temporary stay and review by the district court pursuant to 18 U.S.C. § 3145; *see United States v. Moon*, No. CR-22-00700-001-PHX-DWL, 2025 WL 2879750, at *1 (D. Ariz. Oct. 9, 2025) ("Additionally, as many courts have recognized, '[a] necessary adjunct to the authority to review is the authority to stay.'") (quoting *United States v. Trinidad-Acosta*, 2011 WL 5546547, *1 (D. Me. 2011)).

RESPECTFULLY SUBMITTED March 5, 2026 at Anchorage, Alaska.

MICHAEL J. HEYMAN
United States Attorney

/s/ Jennifer Ivers
JENNIFER IVERS
Assistant United States Attorney
United States of America

**CERTIFICATE OF SERVICE**
I hereby certify that on March 5, 2026 a true and correct copy of the foregoing was served electronically on all counsel of record.

/s/ Jennifer Ivers
Office of the U.S. Attorney

U.S. v. Amin
3:22-cr-00055-SLG-KFR